COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      In re AmGUARD Insurance Company and Berkshire Hathaway Global Insurance Services, LLC

Appellate case numbers:  01-22-00220-CV, 01-22-00221-CV, 01-22-00222-CV

Trial court case numbers: 2021-51417, 2019-60903, 2019-60903A

Trial court:              215th District Court of Harris County

On March 25, 2022, Relators AmGUARD Insurance Company and Berkshire Hathaway Global Insurance Services, LLC ("Relators") filed a Petition for Writ of Mandamus complaining of the trial court's March 14, 2022 order denying Relator's motion for summary judgment in Cause No. 2021-51417 styled *AmGUARD Insurance Company and Berkshire Hathaway Global Insurance Services, LLC v. Thomas Mahoney*, in the 215th Judicial District Court of Harris County, Texas. In their motion for summary judgment, Relators requested the trial court to vacate the default judgment previously entered by the court in Cause No. 2019-60903 styled *Thomas Mahoney v. David Williams and Berkshire Hathaway Global Insurance Services, LLC, through its subsidiary carrier AmGUARD*, also in the 215th Judicial District Court of Harris County, Texas.

In addition to their Petition for Writ of Mandamus, Relators filed a Motion for Temporary Stay requesting a stay of all underlying trial court proceedings pending adjudication of their Petition for Writ of Mandamus. They seek a stay of all proceedings in Cause No. 2021-51417, Cause No. 2019-60903, and Cause No. 2019-60903-A styled *Thomas Mahoney v. BMO Harris Bank National Association*, also in the 215th Judicial District Court of Harris County, Texas, including "March 31, 2022 and April 4, 2022 enforcement proceedings."[1]

Relators' Motion for Temporary Stay is **denied.**

It is so ORDERED.

---

[1]    Relators assert an application for turnover relief is set for hearing in Cause No. 2019-60903 on March 31, 2022 and a motion for summary judgment in a garnishment proceeding is set for hearing in Cause No. 2019-60903-A on April 4, 2022.

Judge's signature: <u>/s/ Veronica Rivas-Molloy</u>
                          Acting individually


Date:  <u>March 31, 2022</u>